*1028 ante, p. 815;
ante, p. 822;
*1029 No. 91-6962.
No. 91-7007.
No. 91-8240.
No. 91-8351.
No. 91-8525.
No. 91-8585.
No. 91-8617.
No. 91-8652.
No. 91-8714.
No. 91-8758.
No. 92-20.
No. 92-327.
No. 92-5142.
No. 92-5196.
No. 92-5340.
No. 92-5490.
No. 92-5582.
No. 92-5585.
No. 92-5666.
No. 92-5691.
No. 92-5705.
No. 92-5726.
No. 92-5773.
No. 92-5775.
No. 92-5845.
No. 92-5873.
No. 92-5874.
No. 92-5905.
No. 92-5929.
ante, p. 882;
503 U. S. 942;
ante, p. 836;
ante, p. 840;
ante, p. 812;
ante, p. 849;
ante, p. 851;
ante, p. 853;
ante, p. 907;
ante, p. 859;
ante, p. 861;
ante, p. 918;
ante, p. 882;
ante, p. 884;
ante, p. 942;
ante, p. 920;
ante, p. 923;
ante, p. 923;
ante, p. 943;
ante, p. 903;
ante, p. 925;
ante, p. 926;
ante, p. 927;
ante, p. 944;
ante, p. 945;
ante, p. 945;
ante, p. 961;
ante, p. 962; and
ante, p. 962. Petitions for rehearing denied.